8-13-2015
82,173-02  WR-82,173-02
WII-55238-W(A)

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Honorable Judge Sharon Keller,

My name is Gregory Wayne McAllister, TDCJ #1899662, an inmate currently incarcerated at the Hutchins state jail located in Dallas Tx. 75241. I previously filed a writ of Habeaus Corpus for Ineffective Counsel. The writ was received in June 2014 and was sent to Austin's Criminal Court of Appeals on January 2015. This cause was remanded back to the trial court in January 2015 for additional findings of facts and conclusions of law. The Criminal Court of Appeals gave the Trial Court 90 days to comply to the order that was issued. Since then the order has expired and I have not heard any news in the fact of the matter about my case. I wrote the State Counsel for Offenders, and they sent me some paperwork showing that an Evidentiary Hearing took place in January 2015. I never received any updates nor was I present at the hearing. I want to know if there is anyway that I can obtain information towards my case if not can I just be granted the relief that I am seeking. Rather it be a new hearing or time served cause it is obvious that the lawyer was ineffective. My Trial Court Case No. WII-55238(W) or WR-82,173-02. Thanks for your time and consideration.

Gregory McAllister 1899662
1500 E. Langden Rd
Hutchins State Jail B1-34
Dallas Tx. 75241